### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:25-cr-0044 |
| ) | |
| **MARTIN ORTEGA ADAMES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the Recalled United States Magistrate Judge dated July 10, 2025, recommending that the Defendant's plea of guilty to Count One of the Information, Reentry of a Removed Alien, a violation of Title 8, United States Code, Sections 1326(a), be accepted, and the Defendant be adjudged guilty. (ECF No. 46.) Also before the Court is Defendant's Motion Requesting Date for Expedited Sentencing Hearing. (ECF No. 47.) Defendant's motion also "waive[s] all periods that he might be entailed under the Federal Rules of Criminal Procedure, including but not limited to the 35-day period for the PSR embodied in Rule 32." *Id* at 1. According to Defendant, after consultation, the Government stated it has no objection to its motion. *Id.* Accordingly, after careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 46, is **ADOPTED;** it is further

**ORDERED** that Defendant Martin Ortega Adames's plea of guilty as to Count One of the Information is **ACCEPTED**, and that Martin Ortega Adames is adjudged **GUILTY** on that count; it is further

**ORDERED** that Defendant Martin Ortega Adames's Motion Requesting Date for Expedited Sentencing Hearing, unopposed, ECF No. 47, is **GRANTED** to the extent that the Court will expedite the sentencing hearing in this matter; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties no later than **August 8, 2025;** it is further

**ORDERED** that the parties are excused from filing a sentencing memorandum and will be allowed to allocute at the sentencing hearing; and it is further

**ORDERED** that a sentencing hearing shall be held on **August 15, 2025, at 11:00 A.M. in STT Courtroom No. 1.**

**Dated: July 30, 2025**                         */s/ Robert A. Molloy*
                                                **ROBERT A. MOLLOY**
                                                **Chief Judge**